W.H. GRIFFIN, TRUSTEE  
5115 ROE BLVD  
SUITE 200  
ROELAND PARK, KS  66205-2393

Case #: 19-22595-13

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Chapter 13 Case #: 19-22595-13  
Date of Filing: December 11, 2019

Frances J Johnson  
9854 Glenwood Street  
Overland Park, KS 66212

IN RE:  
Frances J Johnson  
Debtor

## RECEIPTS
For the Period from 1/1/2022 through 1/9/2023

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 2/1/22 | $400.00 | 3/2/22 | $400.00 | 4/4/22 | $400.00 | 4/12/22 | $400.00 |
| 4/13/22 | $-400.00 | 5/12/22 | $400.00 | 7/1/22 | $400.00 | 7/15/22 | $400.00 |
| 10/7/22 | $800.00 | 10/31/22 | $400.00 | 12/8/22 | $400.00 | 1/3/23 | $400.00 |

## CLAIMS AND DISTRIBUTIONS TO DATE

| Claim # | Claimant Name | Type | Allowed Claim | Percent to be Paid | Principal Paid | Interest Rate | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 0 | CLERK OF THE BANKRUPT | FILING FEE | $0.00 | 100.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 0 | Frances J Johnson | DEBTOR REFUND | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 0 | WM LAW | ATTORNEY FEE | $5,050.00 | 100.00 | $5,050.00 | 0.00 | $0.00 | $0.00 |
| 1 | MISSOURI GAS ENERGY | UNSECURED | $544.60 | 100.00 | $193.97 | 0.00 | $0.00 | $350.63 |
| 2 | SIMPLIFAST LENDING LLC | UNSECURED | $1,257.83 | 100.00 | $470.84 | 0.00 | $0.00 | $786.99 |
| 3 | CAPITAL ONE BANK USA | UNSECURED | $2,326.68 | 100.00 | $870.94 | 0.00 | $0.00 | $1,455.74 |
| 4 | CAPITAL ONE BANK USA | UNSECURED | $2,840.87 | 100.00 | $1,063.41 | 0.00 | $0.00 | $1,777.46 |
| 5 | SEBASTIAN COUNTY TAX | PRIORITY | $126.00 | 100.00 | $126.00 | 0.00 | $0.00 | $0.00 |
| 6 | MERRICK BANK | UNSECURED | $749.51 | 100.00 | $280.56 | 0.00 | $0.00 | $468.95 |
| 7 | QUANTUM3 GROUP | UNSECURED | $1,553.94 | 100.00 | $581.68 | 0.00 | $0.00 | $972.26 |
| 8 | SPEEDY/RAPID CASH | UNSECURED | $1,905.76 | 100.00 | $713.38 | 0.00 | $0.00 | $1,192.38 |
| 9 | ARKANSAS DEPT OF FINA | UNSECURED | $5,104.09 | 100.00 | $1,910.60 | 0.00 | $0.00 | $3,193.49 |
| 10 | LVNV FUNDING | UNSECURED | $545.10 | 100.00 | $194.15 | 0.00 | $0.00 | $350.95 |
| 11 | JEFFERSON CAPITAL SYST | UNSECURED | $1,587.75 | 100.00 | $594.34 | 0.00 | $0.00 | $993.41 |
| 12 | VERIZON BY AMERICAN I | UNSECURED | $527.19 | 100.00 | $187.77 | 0.00 | $0.00 | $339.42 |
| 13 | SOUTHWESTERN BELL TE | UNSECURED | $939.93 | 100.00 | $351.84 | 0.00 | $0.00 | $588.09 |
| 14 | Freedom Mortgage Corporatio | ARREARS | $5,619.20 | 100.00 | $5,619.20 | 0.00 | $0.00 | $0.00 |
| 15 | JOHNSON COUNTY WAST | UNSECURED | $359.15 | 100.00 | $127.92 | 0.00 | $0.00 | $231.23 |
| 16 | CITY OF KANSAS CITY MI | PRIORITY | $79.75 | 100.00 | $79.75 | 0.00 | $0.00 | $0.00 |
| 17 | INTERNAL REVENUE SER | POST-PETITION PRIOR | $4,008.01 | 100.00 | $4,008.01 | 0.00 | $0.00 | $0.00 |
| 1014 | Freedom Mortgage Corporatio | ONGOING MORTGAGE | $44,957.45 | 100.00 | $44,957.45 | 0.00 | $0.00 | $0.00 |
| 1016 | CITY OF KANSAS CITY MI | UNSECURED | $32.64 | 100.00 | $11.63 | 0.00 | $0.00 | $21.01 |
| 1017 | INTERNAL REVENUE SER | SPCL CLASS-UNSECU | $643.32 | 100.00 | $643.32 | 0.00 | $0.00 | $0.00 |
| 1114 | Freedom Mortgage Corporatio | GAP PAYMENTS | $192.42 | 100.00 | $192.42 | 5.00 | $322.66 | $0.00 |
| 1214 | Freedom Mortgage Corporatio | POSTPETITION MORT | $30.86 | 100.00 | $30.86 | 0.00 | $0.00 | $0.00 |

**W.H. GRIFFIN, TRUSTEE**  
**5115 ROE BLVD**  
**SUITE 200**  
**ROELAND PARK, KS  66205-2393**

Case #: 19-22595-13

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: 1/12/2023

Receipts: $73,774.00  Paid To Claims: $68,582.70  Trustee's Fees Paid: $4,786.83  Funds On Hand: $404.47

**\*\*NOTE:**ALL CASES MUST RUN AT LEAST 36 MONTHS UNLESS ALL ALLOWED CLAIMS ARE PAID 100%. DO NOT PAY OFF YOUR PLAN EARLY WITHOUT CONSULTING WITH YOUR ATTORNEY AND THE TRUSTEE. THE PRINCIPAL BALANCE DOES NOT REPRESENT THE PAYOFF AMOUNT FOR YOUR CASE. THIS IS ONLY A CURRENT BALANCE AND DOES NOT INCLUDE ANY FUTURE ACCRUED INTEREST ON CLAIMS