# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS

In re: Frances Johnson ) Case No. 19-22595
                      DEBTOR )

## RESPONSE TO TRUSTEE'S MOTION TO DISMISS

**COMES NOW** Debtor, Frances Johnson, by and through Counsel of record, and for this Response to the Chapter 13 Trustee's Motion to Dismiss states that Debtor did not realize she had missed a payment. Debtor made a payment of $1,200 which was received by the Trustee on or about May 1, 2023. Debtor believes she will cure default by June 2023. Therefore, Debtor prays the Court for an order denying the Trustee's Motion to Dismiss.

**WHEREFORE**, Debtor prays the Court to deny Trustee's Motion to Dismiss, and for such other relief as the Court deems equitable and proper.

Dated: May 5, 2023

Respectfully submitted,
WM Law

s/ Jeffrey L. Wagoner
Jeffrey L. Wagoner, MO #44365; KS #17489
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
bankruptcy@wagonergroup.com
ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2023, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

Via ECF Notice: William H. Griffin, standing Chapter 13 Trustee

s/ Jeffrey L. Wagoner

1